# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal Case No. 6:02cr70044 |
| | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | By: Norman K. Moon |
| **EMMA JEAN DAVIS** | ) | United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby ordered that defendant's motion to investigate if defendant is eligible for a sentence reduction and to be accepted for timeliness (Docket No. 39) is **DENIED**, defendant's § 2255 motion (Docket No. 37) is **DISMISSED** as untimely filed, and this action is **STRICKEN** from the active docket of the court.

Based upon the court's finding that the defendant has not made the requisite showing of the denial of a constitutional right, a certificate of appealability is also **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the defendant.

**ENTER**: This __8th__ day of August, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE